# EXHIBIT B

## ASSUMPTION OF AGREEMENT

1. The undersigned Contractor hereby agrees to assume, and assumes, all of the terms and provisions of the attached Labor Agreement entered into between the Mechanical Contractors Association of North Central Wisconsin, Inc. (hereinafter referred to as "Association") and Plumbers and Steamfitters Local Union No. 400 (hereinafter referred to as "Union"), and agrees to be bound thereby the same as though all of said terms and provisions were set forth word for word herein, except as to those pertaining solely to the aforesaid Association.

2. This Agreement, which is in effect from May 29, 2023 through May 31, 2027, may be reopened for changes by either part serving written notice on the other part at least sixty (60) days but no more than ninety (90) days prior to May 31, 2027.

DATED: This _15_ day of _April_, 20_24_,
in _Hingham_, WI.

EMPLOYER:               UNION:
By _[signature]_        By _[signature]_
By: _Scott Jentink_     By: _Douglas A Dokey_

Print Name of Company: _Scott Jentink Plumbing, LLC_
EIN #: _88-2620566_
Print Name of Authorized Representative: _Scott Jentink_
Title: _Owner_             E-Mail: _scottjentinkplumbing@gmail.com_
Business Address: _W4369 Center Street_
_Hingham, WI 53031_
Phone: _920-912-0376_      Fax: _____

WISC. plumbing · L. Kelly
MP 226840                CELL
                         DRD

DRD RESIDENTIAL/
LIGHT COMMERCIAL
RATE!

34