# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Wisconsin

Case Number: 25-CV-1536

Plaintiff:
**Plumbers & Steamfitters Local 400,**
**MCA of North Central Wisconsin Health and Welfare Fund**

vs.

Defendant:
**Scott Jentink Plumbing LLC**

For:
Jori LaRosa
Reinhart Boerner Van Deuren s.c.
1000 North Water Street
Suite 1700
Milwaukee, WI 53202

Received by East Central Wisconsin Process to be served on **Scott Jentink Plumbing LLC c/o Scott Jentink, W4369 Center Street, Hingham, WI 53031**.

I, Patrick Lamb, being duly sworn, depose and say that on the **9th day of October, 2025** at **8:24 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Summons, Complaint, Exhibits, Civil Cover Sheet, and Disclosure Statement** with the date and hour of service endorsed thereon by me, to: Scott Jentink as **Registered Agent** for Scott Jentink Plumbing LLC, at the address of: **W4369 Center Street, Hingham, WI 53031**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am not a party to the action, that I am an adult resident of the State of Wisconsin, that I am of legal age and have proper authority in the jurisdiction in which this service was completed.

Subscribed and Sworn to before me on the __10__ day of __October__, __2025__ by the affiant who is personally known to me.

_____
NOTARY PUBLIC
My Commission Expires: __4/15, 2029__

[Notary Seal: SHAWN LAMB, NOTARY PUBLIC, STATE OF WISCONSIN]

_____
**Patrick Lamb**
Process Server

**East Central Wisconsin Process**
P.O. Box 1211
Sheboygan, WI 53083
(920) 458-2109

Our Job Serial Number: EWP-2025000663
Service Fee: $57.40

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a