UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

PLUMBERS & STEAMFITTERS LOCAL 400
AND MCA OF NORTH CENTRAL WISCONSIN
HEALTH AND WELFARE FUND,

        Plaintiff,

    v.                       Case No. 1:25-cv-1536

SCOTT JENTINK PLUMBING LLC,

        Defendant.

---

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT
AGAINST THE DEFENDANT PURSUANT TO FED. R. CIV. P. 55(a)**

---

To:    Scott Jentink Plumbing LLC
        c/o Scott Jentink, Registered Agent
        W4369 Center Street
        Hingham, WI 53031

      Based upon the papers filed in this action, and upon the Declaration of Jori P. LaRosa, Plaintiff Plumbers & Steamfitters Local 400 and MCA of North Central Wisconsin Health and Welfare Fund (hereinafter referred to as "Fund"), by its attorneys Reinhart Boerner Van Deuren s.c., request that the Clerk, pursuant to Fed. R. Civ. P. 55(a), enter a default against Scott Jentink Plumbing LLC.

54855369

Dated this 12th day of November, 2025.

*s/ Jori P. LaRosa*
Jori P. LaRosa
WI State Bar ID No. 1126882
jlarosa@reinhartlaw.com
Daniel G. Murphy
WI State Bar ID No. 1097740
dmurphy@reinhartlaw.com

Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202
Telephone: 414-298-1000
Facsimile: 414-298-8097

*Attorneys for Plaintiff*
