UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

PLUMBERS & STEAMFITTERS LOCAL 400
AND MCA OF NORTH CENTRAL WISCONSIN
HEALTH AND WELFARE FUND,

Plaintiff,

v.                                                          Case No. 1:25-cv-1536

SCOTT JENTINK PLUMBING LLC,

Defendant.

---

**DECLARATION OF JORI P. LAROSA IN SUPPORT OF
PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST THE DEFENDANT
PURSUANT TO FED. R. CIV. P. 55(a)**

---

Jori P. LaRosa, declares the following to be true under penalty of perjury under the laws

of the United States of America:

1.      I am one of the attorneys for Plaintiff and an adult resident of the State of

Wisconsin.

2.      Plaintiff filed the Complaint in this case on October 6, 2025.  (*See* ECF No. 1.)

3.      Plaintiff served Defendant on October 9, 2025.  (*See* ECF No. 4.)

4.      Defendant has not filed any response to the Complaint and the time to do so has

expired.

54855378

Dated this 12th day of November, 2025.

s/ Jori P. LaRosa
Jori P. LaRosa
*Attorney for Plaintiff, Plumbers & Steamfitters*
*Local 400 and MCA of North Central Wisconsin*
*Health and Welfare Fund*

54855378