UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**PLUMBERS & STEAMFITTERS LOCAL 400
AND MCA OF NORTH CENTRAL WISCONSIN
HEALTH AND WELFARE FUND,**
    Plaintiff,

v.                                                              Case No. 25-CV-1536

**SCOTT JENTINK PLUMBING, LLC,**
    Defendant.

---

## NOTICE OF DISMISSAL

---

Notice is hereby given that the court will dismiss this action 21 days from the date of this notice pursuant to Civil L.R. 41(c) (E.D. Wis.), which rule provides that:

> Whenever it appears to the Court that the plaintiff is not diligently prosecuting the action and Civil L. R. 41(a) or (b) does not apply, the Court may enter an order of dismissal with or without prejudice.

The plaintiff filed this action on October 6, 2025. Proof of service of the complaint was filed with the court on October 10, 2025. A responsive pleading was due from the defendant on October 30, 2025. When no answer or other responsive pleading was filed by that date, the plaintiff requested the Clerk's entry of default. The Clerk entered default on November 13, 2025. No further action has been taken in this matter. If the parties are attempting to informally resolve the case or, for other reasons, need an extension of time, they should file an appropriate motion. Otherwise, the case will be dismissed within the time stated.

Dated at Green Bay, Wisconsin this 19th day of December, 2025

                                                                     s/ Byron B. Conway
                                                                     BYRON B. CONWAY
                                                                     United States District Judge