UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PLUMBERS & STEAMFITTERS LOCAL 400
AND MCA OF NORTH CENTRAL WISCONSIN
HEALTH AND WELFARE FUND,

    Plaintiff,

v.

Case No. 1:25-cv-1536

SCOTT JENTINK PLUMBING LLC,

    Defendant.

### PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST THE DEFENDANT PURSUANT TO FED. R. CIV. P. 55(b)(2)

To:     Scott Jentink Plumbing LLC
    W4369 Center Street
    Hingham, WI 53031

Plaintiff Plumbers & Steamfitters Local 400 and MCA of North Central Wisconsin Health and Welfare Fund (the "Fund"), by its attorneys Reinhart Boerner Van Deuren s.c., moves the United States District Court for the Eastern District of Wisconsin, pursuant to Federal Rules of Civil Procedure Rule 55(b)(2), for entry of default judgment against Defendant Scott Jentink Plumbing, LLC ("Jentink Plumbing").

Rule 55(b)(2) allows a Court to enter a default judgment following entry of default by the Clerk. In this matter, default was entered against Defendant on November 13, 2025. The Fund now moves the Court for entry of default judgment against Jentink Plumbing. The Fund submits the Declarations of Bryce Neidert, Administrator to the Fund, and Daniel Murphy, the Fund's counsel, in support of this Motion.

29 U.S.C. § 1145 requires participating employers to make contributions to fringe benefit funds as required by the documents governing those funds. When an employer fails to make contributions as required, 29 U.S.C. § 1132(a)(3) authorizes fund fiduciaries to bring suit "to enjoin any act or practice which violates any provision of this subchapter or the terms of the plan, or [] to obtain other appropriate equitable relief [] to redress such violations or [] to enforce any provisions of this subchapter or the terms of the plan." In addition to the relief under subsection (a)(3), under subsection (g), in an action to enforce § 1145 (to collect delinquent contributions), "the court shall award the plan the unpaid contributions, interest on the unpaid contributions, . . . liquidated damages provided for under the plan in an amount not in excess of 20 percent . . . of the amount [of unpaid contributions], [and] reasonable attorney's fees and costs of the action."

Jentink Plumbing is a participating employer required to make contributions to the Fund. (*See* Declaration of Bryce Neidert ("Neidert Decl.") ¶¶ 4-7.) Jentink Plumbing failed to pay and still has not paid the contributions owed for December 2024, January 2025, February 2025, March 2025, and April 2025 in the amounts of $9,210.89, $11,402.82, $7,115.07, $7,995.16, and $2,133.60, respectively. (*See id*. ¶¶ 8, 9.) Accordingly, Jentink Plumbing owes the Fund $37,857.54 in contributions. (*See id.*) Because the contributions were not paid timely, under the Fund's Delinquency Collection Procedure (the "Procedure"), Jentink Plumbing owes interest, liquidated damages, and costs of collection. (*See id*. ¶¶ 6, 12.) Pursuant to the Procedure, the Fund has calculated the interest and liquidated damages Jentink Plumbing owes as a result of its failure to make required contributions. As of January 5, 2026, the amounts of interest owed by Jentink Plumbing to the Fund for December 2024, January 2025, February 2025, March 2025, and April 2025 are $1,796.14, $2,052.51, $1,173.99, $1,199.29, $288.03, respectively. (*See id*. ¶ 10.) Accordingly, as of January 5, 2026, Jentink Plumbing owes the Fund $6,509.96 in interest. (*See*

*id.*) The amounts of liquidated damages owed by Jentink Plumbing to the Fund for December 2024, January 2025, February 2025, March 2025, and April 2025 are $889.74, $990.89, $824.38, $872.12, $426.72, respectively. (*See id.* ¶ 11.) Accordingly, Jentink Plumbing owes the Fund $4,003.85 in liquidated damages. (*See id.*) In total, as of January 5, 2026, Jentink Plumbing owes **$48,371.35** to the Fund in unpaid contributions, interest, and liquidated damages. (*See id.* ¶¶ 13, 14.)

The Procedure also requires delinquent employers such as Jentink Plumbing to pay the costs and fees of any legal action to collect delinquent contributions. (*See* Neidert Decl. ¶¶ 6, 12.) The Fund has incurred **$6,049.50** in attorneys' fees and **$462.80** in costs solely related to Jentink Plumbing's delinquency. (*See* Declaration of Daniel Murphy ("Murphy Decl.") ¶¶ 4, 6.) The fees the Fund has incurred are reasonable. (*See id.* ¶¶ 5-9.)

In total, the Fund respectfully requests that the Court direct the Clerk to enter default judgment against Jentink Plumbing in the amount of **$54,883.65**, representing $48,371.35 owed for failing to make required contributions for December 2024, January 2025, February 2025, March 2025, and April 2025; $6,049.50 in attorneys' fees; and $462.80 in costs. The Fund submits a proposed order for entry of judgment with this Motion.

Dated this 8th day of January, 2026.

                                        s/ Jori P. LaRosa
                                        Daniel G. Murphy
WI State Bar ID No. 1097740
dmurphy@reinhartlaw.com
Jori P. LaRosa
WI State Bar ID No. 1126882
jlarosa@reinhartlaw.com

Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202
Telephone: 414-298-1000
Facsimile: 414-298-8097

*Attorneys for Plaintiff*