UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PLUMBERS & STEAMFITTERS LOCAL 400
AND MCA OF NORTH CENTRAL WISCONSIN
HEALTH AND WELFARE FUND,

    Plaintiff,

v.

Case No. 1:25-cv-1536

SCOTT JENTINK PLUMBING LLC,

    Defendant.

## ORDER

Having considered Plaintiff's Motion for Default Judgment and supporting pleadings, the Court orders as follows:

1.     The Clerk shall enter a money judgment in favor of Plaintiff and against Defendant Scott Jentink Plumbing, LLC in the amount of $54,883.65.

SO ORDERED.

Entered this \_\_\_\_ day of _____, 2026.

                              BY THE COURT:

                              The Honorable Byron B. Conway
                              United States District Judge