UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PLUMBERS & STEAMFITTERS LOCAL 400
AND MCA OF NORTH CENTRAL WISCONSIN
HEALTH AND WELFARE FUND,

        Plaintiff,

    v.         Case No. 1:25-cv-1536

SCOTT JENTINK PLUMBING LLC,

        Defendant.

**DECLARATION OF DANIEL G. MURPHY IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST THE DEFENDANT PURSUANT TO FED. R. CIV. P. 55(b)**

  Daniel G. Murphy, declares the following to be true under penalty of perjury under the laws of the United States of America:

  1. I am one of the attorneys for Plaintiff and an adult resident of the State of Wisconsin.

  2. I am the attorney principally responsible for directing the litigation of this action and I have personal knowledge of the facts set forth in this declaration.

  3. I submit this declaration in support of Plaintiff's Motion for Default Judgment and, particularly, to itemize the attorneys' fees Plaintiff has incurred as a result of Defendant's failure to make contributions to the Plumbers & Steamfitters Local 400 and MCA of North Central Wisconsin Health and Welfare Fund (the "Fund")

  4. In pursuit of the contributions Defendant failed to make, Plaintiff filed this collections action and, as a result, has incurred attorneys' fees in the amount of $6,049.50 and costs in the amount of $462.80 solely related to Jentink Plumbing's delinquency. The

fees represent 15.4 hours of attorney and paralegal time at an average rate of $451.25 per hour for attorney time and $320.000 per hour for paralegal time.

5. With respect to their representation in this litigation, Plaintiff has a standard hourly fee arrangement with Reinhart Boerner Van Deuren s.c. ("Reinhart"). Plaintiff has been or will be billed for each hour of service indicated above.

6. Attached to this declaration as **Exhibit A** are true and correct copies of the relevant portions of the records kept by Reinhart relating to time spent working on this matter, reflecting attorneys' fees and costs. These documents record the service provided, the date of service, the number of hours, the amount billed and the attorney or paralegal providing the service. Each entry was prepared by the attorney or paralegal at or about the time the service was provided and reflects the actual number of hours spent on such matter. Invoices are prepared directly from these time records. It is the regular business practice of Reinhart to generate and maintain these records.

7. The number of hours spent by the attorneys and paralegals in my firm and detailed above were reasonable and necessary to the pursuit of this litigation.

8. I have practiced law in the Wisconsin area for nine years and specialized in civil litigation for six years. During the course of that experience, I have had opportunity to review fees charged by other lawyers in Wisconsin. I have reviewed these fees in the context of general discussions with other members of the bar and in discussions with clients who use the services of other law firms. In my opinion, the billing rates charged by attorneys at my firm are reasonable in relation to the market value for similar services offered by large Milwaukee firms.

9. In my experience, the amount of attorneys' fees in this action is reasonable in light of:

a. The time and labor required by the attorney;
b. The novelty and difficulty of the questions involved in the action;
c. The skill requisite to perform the legal service properly;
d. The fee customarily charged in the locality for similar legal services;
e. The results obtained in the action;
f. The experience, reputation, and ability of the attorney; and
g. The complexity of the case.

Dated this 8th day of January, 2026.

*Electronically signed by Daniel G. Murphy*
Daniel G. Murphy
*Attorney for Plaintiff Plumbers & Steamfitters Local 400 and MCA of North Central Wisconsin Health and Welfare Fund*