# EXHIBIT A

| Work Date | Timekeeper Name | WIP Hours | WIP Rate | WIP Amount | Matter Number | Matter Name | Narrative |
|---|---|---|---|---|---|---|---|
| 8/19/2025 | O'Brien, Philip R. | 1.500 | 400.00 | 600.00 | 075193-0057 | SCOTT JENTIK PLUMBING LLC ERISA Delinquency | Review emails and background materials from Ms. Hughes, Ms. Norton and Ms. Sevald regarding employer audit delinquency; prepare letter to employer regarding same |
| 9/23/2025 | LaRosa, Jori P. | 0.200 | 385.00 | 77.00 | 075193-0057 | SCOTT JENTIK PLUMBING LLC ERISA Delinquency | Review correspondence from P. O'Brien regarding audit delinquencies; begin preparing complaint regarding same |
| 9/24/2025 | LaRosa, Jori P. | 1.100 | 385.00 | 423.50 | 075193-0057 | SCOTT JENTIK PLUMBING LLC ERISA Delinquency | Prepare complaint for delinquent audit contributions |
| 10/1/2025 | LaRosa, Jori P. | 0.100 | 385.00 | 38.50 | 075193-0057 | SCOTT JENTIK PLUMBING LLC ERISA Delinquency | Prepare internal delinquency tracker with matter updates |
| 10/2/2025 | Murphy, Daniel G. | 0.300 | 565.00 | 169.50 | 075193-0057 | SCOTT JENTIK PLUMBING LLC ERISA Delinquency | Revise draft complaint |
| 10/6/2025 | Milwaukee Support, Staff | 0.300 | 0.00 | 0.00 | 075193-0057 | SCOTT JENTIK PLUMBING LLC ERISA Delinquency | (A. Bontempo) Download and save filed complaint, exhibits, summons, civil cover sheet, and disclosure statement to iManage; save ECF notices to iManage |
| 10/6/2025 | Murphy, Daniel G. | 0.200 | 565.00 | 113.00 | 075193-0057 | SCOTT JENTIK PLUMBING LLC ERISA Delinquency | Finalize filings for delinquency complaint |
| 10/6/2025 | LaRosa, Jori P. | 0.900 | 385.00 | 346.50 | 075193-0057 | SCOTT JENTIK PLUMBING LLC ERISA Delinquency | Revise and file complaint, summons, and civil cover sheet |
| 10/10/2025 | Linzmeyer, Eileen Revers | 0.500 | 320.00 | 160.00 | 075193-0057 | SCOTT JENTIK PLUMBING LLC ERISA Delinquency | Serve the lawsuit on Scott Jentink |
| 10/21/2025 | LaRosa, Jori P. | 0.100 | 385.00 | 38.50 | 075193-0057 | SCOTT JENTIK PLUMBING LLC ERISA Delinquency | Prepare and file consent to magistrate form |
| 10/23/2025 | LaRosa, Jori P. | 0.100 | 385.00 | 38.50 | 075193-0057 | SCOTT JENTIK PLUMBING LLC ERISA Delinquency | Review status of delinquency collections action |
| 10/29/2025 | LaRosa, Jori P. | 0.100 | 385.00 | 38.50 | 075193-0057 | SCOTT JENTIK PLUMBING LLC ERISA Delinquency | Call to opposing counsel regarding questions related to exhibit D to complaint |
| 10/30/2025 | Murphy, Daniel G. | 0.100 | 565.00 | 56.50 | 075193-0057 | SCOTT JENTIK PLUMBING LLC ERISA Delinquency | Attend to extension of answer deadline |
| 10/30/2025 | LaRosa, Jori P. | 0.300 | 385.00 | 115.50 | 075193-0057 | SCOTT JENTIK PLUMBING LLC ERISA Delinquency | Correspond with opposing counsel regarding answer deadline and breakdown of damages owed |
| 11/7/2025 | LaRosa, Jori P. | 0.100 | 0.00 | 0.00 | 075193-0057 | SCOTT JENTIK PLUMBING LLC ERISA Delinquency | Update internal delinquency tracker with matter updates |
| 11/11/2025 | LaRosa, Jori P. | 0.100 | 385.00 | 38.50 | 075193-0057 | SCOTT JENTIK PLUMBING LLC ERISA Delinquency | Review defendant's answer deadline |
| 11/12/2025 | LaRosa, Jori P. | 0.600 | 385.00 | 231.00 | 075193-0057 | SCOTT JENTIK PLUMBING LLC ERISA Delinquency | Prepare motion for entry of default and accompanying declaration; review docket for filings by opposing counsel |
| 11/20/2025 | Murphy, Daniel G. | 0.100 | 565.00 | 56.50 | 075193-0057 | SCOTT JENTIK PLUMBING LLC ERISA Delinquency | Attend to negotiations |
| 11/20/2025 | LaRosa, Jori P. | 0.100 | 385.00 | 38.50 | 075193-0057 | SCOTT JENTIK PLUMBING LLC ERISA Delinquency | Analyze next steps for pursuing delinquent contributions |
| 11/21/2025 | LaRosa, Jori P. | 0.500 | 385.00 | 192.50 | 075193-0057 | SCOTT JENTIK PLUMBING LLC ERISA Delinquency | Correspond with Fund office (Ms. Hughes) regarding updated interest calculation; email to opposing counsel regarding moving for default judgment |
| 11/23/2025 | LaRosa, Jori P. | 0.100 | 0.00 | 0.00 | 075193-0057 | SCOTT JENTIK PLUMBING LLC ERISA Delinquency | Update internal delinquency tracker with matter updates |
| 11/24/2025 | Murphy, Daniel G. | 0.100 | 565.00 | 56.50 | 075193-0057 | SCOTT JENTIK PLUMBING LLC ERISA Delinquency | Review email from opposing counsel regarding resolution |
| 11/25/2025 | Storm, Gregory A. | 0.500 | 455.00 | 227.50 | 075193-0057 | SCOTT JENTIK PLUMBING LLC ERISA Delinquency | Review proposal from employer to resolve delinquency; prepare comments and analysis regarding same |
| 11/25/2025 | Murphy, Daniel G. | 0.200 | 565.00 | 113.00 | 075193-0057 | SCOTT JENTIK PLUMBING LLC ERISA Delinquency | Analysis of employer's offer for resolution |
| 11/25/2025 | LaRosa, Jori P. | 0.400 | 385.00 | 154.00 | 075193-0057 | SCOTT JENTIK PLUMBING LLC ERISA Delinquency | Review payment proposal from employer; review Combined Crafts updated audit results for amounts owed; prepare comments regarding payment proposal and litigation update |
| 11/26/2025 | Murphy, Daniel G. | 0.200 | 565.00 | 113.00 | 075193-0057 | SCOTT JENTIK PLUMBING LLC ERISA Delinquency | Analysis of resolution proposal and impacts on status of litigation |
| 11/26/2025 | LaRosa, Jori P. | 0.700 | 385.00 | 269.50 | 075193-0057 | SCOTT JENTIK PLUMBING LLC ERISA Delinquency | Draft response to employer regarding initial payment proposal; prepare comments regarding next steps in litigation and response to employer |
| 12/4/2025 | Murphy, Daniel G. | 0.100 | 565.00 | 56.50 | 075193-0057 | SCOTT JENTIK PLUMBING LLC ERISA Delinquency | Analysis of negotiations |
| 12/4/2025 | LaRosa, Jori P. | 0.200 | 385.00 | 77.00 | 075193-0057 | SCOTT JENTIK PLUMBING LLC ERISA Delinquency | Call with D. Murphy regarding next steps for pursuing delinquent contributions |
| 12/15/2025 | LaRosa, Jori P. | 0.100 | 385.00 | 38.50 | 075193-0057 | SCOTT JENTIK PLUMBING LLC ERISA Delinquency | Begin preparing motion for default judgment |
| 12/18/2025 | Murphy, Daniel G. | 0.200 | 565.00 | 113.00 | 075193-0057 | SCOTT JENTIK PLUMBING LLC ERISA Delinquency | Attend to entry of default judgment; emails with employer regarding same |
| 12/18/2025 | LaRosa, Jori P. | 0.300 | 385.00 | 115.50 | 075193-0057 | SCOTT JENTIK PLUMBING LLC ERISA Delinquency | Email to employer regarding moving for default judgment following employer's failure to respond |
| 12/19/2025 | LaRosa, Jori P. | 0.100 | 385.00 | 38.50 | 075193-0057 | SCOTT JENTIK PLUMBING LLC ERISA Delinquency | Review filed notice of dismissal |
| 12/22/2025 | LaRosa, Jori P. | 0.600 | 385.00 | 231.00 | 075193-0057 | SCOTT JENTIK PLUMBING LLC ERISA Delinquency | Confer with D. Murphy regarding updated payment proposal from employer; email to auditor regarding outstanding amounts owed to date; prepare email to opposing counsel regarding latest payment proposal |
| 1/5/2026 | LaRosa, Jori P. | 0.400 | 385.00 | 154.00 | 075193-0057 | SCOTT JENTIK PLUMBING LLC ERISA Delinquency | Correspond with Ms. Hughes (Benesys/Combined Crafts) regarding updated audit report and preparing declaration in support of motion for default judgment; confer with D. Murphy regarding moving for default judgment |
| 1/6/2026 | Murphy, Daniel G. | 0.100 | 565.00 | 56.50 | 075193-0057 | SCOTT JENTIK PLUMBING LLC ERISA Delinquency | Emails with administrator regarding default judgment |
| 1/6/2026 | LaRosa, Jori P. | 0.200 | 385.00 | 77.00 | 075193-0057 | SCOTT JENTIK PLUMBING LLC ERISA Delinquency | Email to Ms. Hughes (Benesys/Combined Crafts) regarding declaration needed in support of motion for default judgment; call to Ms. Hughes regarding same; email to P. O'Brien regarding same |
| 1/7/2026 | LaRosa, Jori P. | 1.400 | 385.00 | 539.00 | 075193-0057 | SCOTT JENTIK PLUMBING LLC ERISA Delinquency | Prepare declaration of Bryce Neidert in support of motion for default judgment; correspond with Mr. Neidert (Fund office) regarding review of same |
| 1/8/2026 | LaRosa, Jori P. | 2.200 | 385.00 | 847.00 | 075193-0057 | SCOTT JENTIK PLUMBING LLC ERISA Delinquency | Prepare motion for default judgment; prepare declaration of Daniel Murphy in support of same; correspond with D. Murphy regarding review of same |
| | Total | 15.400 | | 6,049.50 | | | |

| Work Date | Cost Type | Quantity | Rate | Amount | WIP Amount | Matter Number | Matter Name | Narrative |
|---|---|---|---|---|---|---|---|---|
| 10/7/2025 | Filing Fees | 1.000 | 405.00 | 405.00 | 405.00 | 075193-0057 | SCOTT JENTIK PLUMBING LLC ERISA Delinquency | Vendor: JPMORGAN CHASE BANK, N.A. (Firm Credit Card) COURTS/USDC-WI-E-Court filing fee Filing Fees Working Timekeeper: Jori LaRosa |
| 10/10/2025 | Service Fees | 1.000 | 57.40 | 57.40 | 57.40 | 075193-0057 | SCOTT JENTIK PLUMBING LLC ERISA Delinquency | Vendor: EAST CENTRAL WISCONSIN PROCESS Process Service Invoice Service Fees Working Timekeeper: Eileen Revers Linzmeyer |
| 11/11/2025 | Research - Library | 2.000 | 0.10 | 0.20 | 0.20 | 075193-0057 | SCOTT JENTIK PLUMBING LLC ERISA Delinquency | Research - Library - PACER - Court: WIEDC |
| 11/12/2025 | Research - Library | 2.000 | 0.10 | 0.20 | 0.20 | 075193-0057 | SCOTT JENTIK PLUMBING LLC ERISA Delinquency | Research - Library - PACER - Court: WIEDC |
| | | | | Total | 462.80 | | | |