UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PLUMBERS & STEAMFITTERS LOCAL 400
AND MCA OF NORTH CENTRAL WISCONSIN
HEALTH AND WELFARE FUND,

                Plaintiff,

v.                              Case No. 1:25-cv-1536

SCOTT JENTINK PLUMBING LLC,

                Defendant.

## DECLARATION OF BRYCE NEIDERT

Bryce Neidert, declares the following to be true under penalty of perjury under the laws of the United States of America:

1. My name is Bryce Neidert. I affirm that the statements contained in this Declaration are based on my own personal knowledge and are true and correct to the best of my knowledge.

2. I serve as the Administrator to the Plumbers & Steamfitters Local 400 and MCA of North Central Wisconsin Health and Welfare Fund (the "Fund"). I submit this Declaration in support of the Fund's Motion for Entry of Default Judgment.

3. I have reviewed the Complaint filed in this matter and the exhibits attached to the Complaint.

4. Attached to the Complaint as Exhibit A (ECF No. 1-1) is a true and correct copy of the collective bargaining agreement ("CBA"), between Local Union No. 400 of the United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting

Industry of the United States and Canada (the "Union") and the Mechanical Contractors Association of North Central Wisconsin (the "CBA").

5. Attached to the Complaint as Exhibit B (ECF No. 1-2) is a true and accurate copy of the Letter of Assent (the "Letter of Assent") signed by Scott Jentink as Owner of Scott Jentink Plumbing, LLC ("Jentink Plumbing") on April 15, 2024.

6. Attached to the Complaint as Exhibit C (ECF No. 1-3) is a true and accurate copy of the Fund's Delinquency Collection Procedure (the "Procedure"), which was adopted by the Fund according to the requirements of the trust agreements.

7. A true and correct copy of Jentink Plumbing's contributions reports for the relevant time frame are attached to the Complaint as Exhibit D (ECF No. 1-4). (See ECF No 1-4 at 4-12.)

8. As alleged in the Complaint, Jentink Plumbing failed to pay contributions owed to the Fund for the period of May 1, 2024 through May 31, 2025. Over the period of May 2024 to May 2025, Jentink Plumbing failed to pay $37,857.54 in contributions.

9. Jentink Plumbing failed to pay and still has not paid the contributions owed for December 2024, January 2025, February 2025, March 2025, and April 2025 in the amounts of $9,210.89, $11,402.82, $7,115.07, $7,995.16, and $2,133.60, respectively. Accordingly, Jentink Plumbing owes the Fund $37,857.54 in contributions.

10. As of January 5, 2026, the amounts of interest owed by Jentink Plumbing to the Fund for December 2024, January 2025, February 2025, March 2025, and April 2025 are $1,796.14, $2,052.51, $1,173.99, $1,199.29, $288.03, respectively. Accordingly, as of January 5, 2026, Jentink Plumbing owes the Fund $6,509.96 in interest.

11. The amounts of liquidated damages owed by Jentink Plumbing to the Fund for December 2024, January 2025, February 2025, March 2025, and April 2025 are

$889.74, $990.89, $824.38, $872.12, $426.72, respectively. Accordingly, Jentink Plumbing owes the Fund $4,003.85 in liquidated damages.

12. The Procedure provides that in the event of a legal action to collect delinquencies, the delinquent employer shall be liable for (1) the amount of unpaid contributions; (2) interest on the unpaid contributions at the rate of 1.5% per month, or, if higher, 1% above the highest prime interest rate charged by the Plan's depository bank during the period of the delinquency; (3) liquidated damages in the amount of 20% (or such higher percentages as may be permitted under federal or state law) of the delinquency; and (4) all costs of recovery, including, but not limited to, attorney's fees and costs of the action.

13. The payroll auditor for the Fund has calculated the contributions, interest and liquidated damages Jentink Plumbing owes pursuant to the Procedure as a result of the unpaid contributions for December 2024, January 2025, February 2025, March 2025, and April 2025 in an audit billing report. A true and correct copy of the audit billing report is attached hereto as **Exhibit 1**.

14. In total, as of January 5, 2026, Jentink Plumbing owes $48,371.35 to the Fund in unpaid contributions, interest, and liquidated damages.

Dated this 7th day of January, 2026.

*Bryce P. Neidert*
Bryce Neidert
Administrative Manager for the Plumbers &
Steamfitters Local 400 and MCA of North
Central Wisconsin Health and Welfare Fund