# EXHIBIT 1

# Combined Crafts Statewide Audit Program

1. Date of Audit: June 9, 2025    Reason: Delinquent
2. Contractor Name: Scott Jentink Plumbing LLC    Structure: LLC
3. Address: W4369 Center Street    City\State: Hingham, WI  53031
4. Invoice s/b sent to Kelly Jentink
5. Phone No: 920-912-0374    6. Crafts: Plumbers #400

7. Owner(s):   Pres: _____    Secretary: _____
              V Pres: _____    Treasurer: _____
LLC / SoleProprietor: Scott Jentink
           Contact: Kelly Jentink
     Contact Email: scottjentinkplumbing@gmail.com

8. Employees not on Remittance Reports : See Attached Addendum:    None
9.            No Discrepancies in contributions reported:  _____
              Discrepancies in contributions reported:    X
              Debit/credit  Memos outstanding provided by fund office: _____
10. Comments:
The audit was conducted using weekly payroll records, remittance reports, 941's, UC101's, W-2's and W-3.

**interest updated 1/6/26**

                    3 plumbers

PL400 - Delinquent

11. Misclassification of Employees:
    Indicate here if Auditor furnished with 1099 & 1096 Forms: _____
    Indicate here if Employer stated no 1099 Forms filed this Period:    X
12. Signatory to an NBU Agreement?    Yes/No?    No    Craft: _____
    NBU Compliance?    Yes/No?    _____
    NBU employee funded under bargaining unit agreement:    Yes/No?    No
13. Signatory to an Alumni Agreement?    Yes/No?    No    Craft: _____
    Alumni compliance?    Yes/No?    _____
14. Currently Delinquent?    Yes/No?    Yes    Period: 12/24-4/25
15. Audit Period:    5/1/24-5/31/25
16. Federal ID #:    ■■■■■■    17. Auditor: Daniel Dahl
18. Fund office memos provided?    Yes/No?    Yes    19. Emplr. Withdrawal    No

Total Employees:    3

# PLUMBERS & STEAMFITTERS LOCAL #400
# AUDIT BILLING SUMMARY SHEET

Employer: Scott Jentink Plumbing LLC
Audit Date: June 9, 2025       *Interest updated as of 1/5/26*
Audit Period: 5/1/24-5/30/25

| Fund | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|
| Welfare | 14161.42 | 1130.52 | 2443.26 | 17735.20 |
| 401(k) | 146.01 | 29.21 | 24.97 | 200.19 |
| Pension | 15021.84 | 1138.45 | 2591.70 | 18751.99 |
| Education | 1537.46 | 307.50 | 265.26 | 2110.22 |
| Industry Advance. | 282.10 | 56.42 | 48.68 | 387.20 |
| Appr.Empl. Reimb. | 84.63 | 16.93 | 14.61 | 116.17 |
| Roth 401k | 2251.50 | 450.30 | 367.07 | 3068.87 |
| Dues | 3963.52 | 792.70 | 683.83 | 5440.05 |
| Building/Foundation | 409.06 | 81.82 | 70.58 | 561.46 |
|  | 0.00 | 0.00 | 0.00 | 0.00 |
|  | 37857.54 | 4003.85 | 6509.96 | 48371.35 |

P400S

## P & S LOCAL #400 LIQUIDATED DAMAGES - REFERRAL

Employer:            June 9, 2025
                                        Audit Period:    5/1/24-5/30/25

| Fund: | L/D Amts. |
|---|---|
| Welfare |  |
| 401(k) | no additional LDs |
| Pension |  |
| Education |  |
| Industry |  |
| Apprentice |  |
| Dental |  |
| Dues |  |
| Total | 0.00 |

PL400H   Plumbers & Steamfitters Local #400 Health & Welfare Fund
PL400401k   Plumbers & Steamfitters Local #400 401k
PL400MR   Plumbers & Steamfitters Local #400 Market Recovery Fund
PL400P   Plumbers & Steamfitters Local #400 Pension Fund
PL400AP Plumbers & Steamfitters Local#400 Apprenticeship Fund
PL400ED   Plumbers & Steamfitters Local #400 Education Fund
PL400OF   Plumbers & Steamfitters Local #400 Organizing Fund
PL400IF   Plumbers & Steamfitters Local #400 Industry Fund
PL400BU   Plumbers & Steamfitters Local #400 Building Fund
PL400DU Plumbers & Steamfitters Local #400 Dues Fund

# PLUMBERS & STEAMFITTERS LOCAL #400
# REMITTANCE REPORT - FIELD AUDIT BILLING

Employer: Scott Jentink Plumbing LLC  
Address: W4369 Center Street  
Waldo, WI 53093  

Work Month: Dec 2024  
Months: 13  
L\D: 1  
Auditor: DD  

| Social Sec. # | Employee | Discrep. | 401(k) | Hours | Roth |
|---|---|---|---|---|---|
| xxx-xx- | Mahler, Ryan | delinquent | 29.75 | 119.00 | 357.00 |
| xxx-xx- | Harmeling, Andrew | delinquent | 0.00 | 97.00 | 0.00 |
| xxx-xx- | Jentink, Scott | delinquent | 0.00 | 135.00 | 0.00 |

| Fund | Contr. Rate per Hour | Total Hours | Contr. Amt. | L\Ds | Interest | Total | |
|---|---|---|---|---|---|---|---|
| Welfare | 10.04 | 351.00 | 3524.04 | 250.00 | 687.19 | 4461.23 | # |
| 401(k) | | | 29.75 | 5.95 | 5.80 | 41.50 | 0 |
| Pension | 10.65 | 351.00 | 3738.15 | 250.00 | 728.94 | 4717.09 | # |
| Education | 1.09 | 351.00 | 382.59 | 76.52 | 74.61 | 533.72 | # |
| Industry Advance. | 0.20 | 351.00 | 70.20 | 14.04 | 13.69 | 97.93 | # |
| Appr. Empl. Reimb | 0.06 | 351.00 | 21.06 | 4.21 | 4.11 | 29.38 | # |
| Roth 401k | | | 357.00 | 71.40 | 69.62 | 498.02 | 0 |
| Dues | 2.81 | 351.00 | 986.31 | 197.26 | 192.33 | 1375.90 | # |
| Building/Foundation | 0.29 | 351.00 | 101.79 | 20.36 | 19.85 | 142.00 | # |
| | 0.00 | 351.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 |

P400PP  
Page Total= 11896.77

# PLUMBERS & STEAMFITTERS LOCAL #400
# REMITTANCE REPORT - FIELD AUDIT BILLING

Employer: Scott Jentink Plumbing LLC  
Address: W4369 Center Street  
Waldo, WI 53093  

Work Month: January 2025  
Months: 12  
L\D: 1  
Auditor: DD

| Social Sec. # | Employee | Discrep. | 401(k) | Hours | Roth |
|---|---|---|---|---|---|
| xxx-xx- | Mahler, Ryan | delinquent | 40.75 | 163.00 | 489.00 |
| xxx-xx- | Harmeling, Andrew | delinquent | 0.00 | 134.50 | 0.00 |
| xxx-xx- | Jentink, Scott | delinquent | 0.00 | 135.00 | 0.00 |

| Fund | Contr. Rate per Hour | Total Hours | Contr. Amt. | L\Ds | Interest | Total | |
|---|---|---|---|---|---|---|---|
| Welfare | 10.04 | 432.50 | 4342.30 | 250.00 | 781.61 | 5373.91 | # |
| 401(k) | | | 40.75 | 8.15 | 7.34 | 56.24 | 0 |
| Pension | 10.65 | 432.50 | 4606.13 | 250.00 | 829.10 | 5685.23 | # |
| Education | 1.09 | 432.50 | 471.43 | 94.29 | 84.86 | 650.58 | # |
| Industry Advance. | 0.20 | 432.50 | 86.50 | 17.30 | 15.57 | 119.37 | # |
| Appr. Empl. Reimb | 0.06 | 432.50 | 25.95 | 5.19 | 4.67 | 35.81 | # |
| Roth 401k | | | 489.00 | 97.80 | 88.02 | 674.82 | 0 |
| Dues | 2.81 | 432.50 | 1215.33 | 243.07 | 218.76 | 1677.16 | # |
| Building/Foundation | 0.29 | 432.50 | 125.43 | 25.09 | 22.58 | 173.10 | # |
| | 0.00 | 432.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0 |

P400PP  
Page Total= 14446.22

# PLUMBERS & STEAMFITTERS LOCAL #400
# REMITTANCE REPORT - FIELD AUDIT BILLING

Employer: Scott Jentink Plumbing LLC  
Address: W4369 Center Street  
Waldo, WI 53093  

Work Month: February 2025  
Months: 11  

L\D: 1  
Auditor: DD  

| Social Sec. # | Employee | Discrep. | 401(k) | Hours | Roth |
|---|---|---|---|---|---|
| xxx-xx- | Mahler, Ryan | delinquent | 33.88 | 135.50 | 406.50 |
| xxx-xx- | Jentink, Scott | delinquent | 0.00 | 130.00 | 0.00 |

| Fund | Contr. Rate per Hour | Total Hours | Contr. Amt. | L\Ds | Interest | Total | |
|---|---|---|---|---|---|---|---|
| Welfare | 10.04 | 265.50 | 2665.62 | 250.00 | 439.83 | 3355.45 | # |
| 401(k) | | | 33.88 | 6.78 | 5.59 | 46.25 | 0 |
| Pension | 10.65 | 265.50 | 2827.58 | 250.00 | 466.55 | 3544.13 | # |
| Education | 1.09 | 265.50 | 289.40 | 57.88 | 47.75 | 395.03 | # |
| Industry Advance. | 0.20 | 265.50 | 53.10 | 10.62 | 8.76 | 72.48 | # |
| Appr. Empl. Reimb | 0.06 | 265.50 | 15.93 | 3.19 | 2.63 | 21.75 | # |
| Roth 401k | | | 406.50 | 81.30 | 67.07 | 554.87 | 0 |
| Dues | 2.81 | 265.50 | 746.06 | 149.21 | 123.10 | 1018.37 | # |
| Building/Foundation | 0.29 | 265.50 | 77.00 | 15.40 | 12.71 | 105.11 | # |
| | 0.00 | 265.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0 |

P400PP  
Page Total= 9113.44

# PLUMBERS & STEAMFITTERS LOCAL #400
# REMITTANCE REPORT - FIELD AUDIT BILLING

Employer: Scott Jentink Plumbing LLC  Work Month: March 2025
Address: W4369 Center Street
Waldo, WI 53093

L\D: 1
Auditor: DD

Months: 10

| Social Sec. # | Employee | Discrep. | 401(k) | Hours | Roth |
|---|---|---|---|---|---|
| xxx-xx- | Mahler, Ryan | delinquent | 41.63 | 166.50 | 499.50 |
| xxx-xx- | Jentink, Scott | delinquent | 0.00 | 130.00 | 0.00 |

| Fund | Contr. Rate per Hour | Total Hours | Contr. Amt. | L\Ds | Interest | Total | |
|---|---|---|---|---|---|---|---|
| Welfare | 10.04 | 296.50 | 2976.86 | 250.00 | 446.53 | 3673.39 | # |
| 401(k) | | | 41.63 | 8.33 | 6.24 | 56.20 | 0 |
| Pension | 10.65 | 296.50 | 3157.73 | 250.00 | 473.66 | 3881.39 | # |
| Education | 1.09 | 296.50 | 323.19 | 64.64 | 48.48 | 436.31 | # |
| Industry Advance. | 0.20 | 296.50 | 59.30 | 11.86 | 8.90 | 80.06 | # |
| Appr. Empl. Reimb | 0.06 | 296.50 | 17.79 | 3.56 | 2.67 | 24.02 | # |
| Roth 401k | | | 499.50 | 99.90 | 74.93 | 674.33 | 0 |
| Dues | 2.81 | 296.50 | 833.17 | 166.63 | 124.98 | 1124.78 | # |
| Building/Foundation | 0.29 | 296.50 | 85.99 | 17.20 | 12.90 | 116.09 | # |
| | 0.00 | 296.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0 |

P400PP

Page Total= 10066.57

**PLUMBERS & STEAMFITTERS LOCAL #400**
**REMITTANCE REPORT - FIELD AUDIT BILLING**

Employer: Scott Jentink Plumbing LLC  
Address: W4369 Center Street  
Waldo, WI 53093  

Work Month: April 2025  
Months: 9  
L\D: 1  
Auditor: DD  

| Social Sec. # | Employee | Discrep. | 401(k) | Hours | Roth |
|---|---|---|---|---|---|
| xxx-xx- | Jentink, Scott | delinquent | 0.00 | 65.00 | 0.00 |

| Fund | Contr. Rate per Hour | Total Hours | Contr. Amt. | L\Ds | Interest | Total | |
|---|---|---|---|---|---|---|---|
| Welfare | 10.04 | 65.00 | 652.60 | 130.52 | 88.10 | 871.22 | # |
| 401(k) | | | 0.00 | 0.00 | 0.00 | 0.00 | 0 |
| Pension | 10.65 | 65.00 | 692.25 | 138.45 | 93.45 | 924.15 | # |
| Education | 1.09 | 65.00 | 70.85 | 14.17 | 9.56 | 94.58 | # |
| Industry Advance. | 0.20 | 65.00 | 13.00 | 2.60 | 1.76 | 17.36 | # |
| Appr. Empl. Reimb | 0.06 | 65.00 | 3.90 | 0.78 | 0.53 | 5.21 | 4 |
| Roth 401k | | | 499.50 | 99.90 | 67.43 | 666.83 | 0 |
| Dues | 2.81 | 65.00 | 182.65 | 36.53 | 24.66 | 243.84 | # |
| Building/Foundation | 0.29 | 65.00 | 18.85 | 3.77 | 2.54 | 25.16 | # |
| | 0.00 | 65.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 |
| P400PP | | | | | Page Total= | 2848.35 | |