UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PLUMBERS & STEAMFITTERS LOCAL 400
AND MCA OF NORTH CENTRAL WISCONSIN
HEALTH AND WELFARE FUND,

       Plaintiff,

  v.          Case No. 1:25-cv-1536

SCOTT JENTINK PLUMBING LLC,

       Defendant.

## ORDER

Having considered Plaintiff's Motion for Default Judgment and supporting pleadings, the Court grants the motion as unopposed and orders as follows:

1. The Clerk shall enter a money judgment in favor of Plaintiff and against Defendant Scott Jentink Plumbing, LLC in the amount of $54,883.65.

SO ORDERED.

Entered this 10th day of February, 2026.

            BY THE COURT:

            *s/ Byron B. Conway*
            The Honorable Byron B. Conway
            United States District Judge