# United States District Court
EASTERN DISTRICT OF WISCONSIN

**PLUMBERS & STEAMFITTERS LOCAL 400
AND MCA OF NORTH CENTRAL WISCONSIN
HEALTH AND WELFARE FUND,**

    **Plaintiff,**

    v.

**SCOTT JENTINK PLUMBING LLC,**

    **Defendant.**

JUDGMENT IN A CIVIL CASE
Case No. 25-cv-1536

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒ **Decision by Court.** This action came before the Court for consideration.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment be entered in favor of plaintiff, Plumbers & Steamfitters Local 400 and MCA of North Central Wisconsin Health and Welfare Fund, and against, Scott Jentink Plumbing LLC, in the amount of $54,883.65.

Approved: s/ Byron B. Conway
BYRON B. CONWAY
United States District Judge

Dated: February 10, 2026

LINDA M. KLEMM
CLERK OF COURT

s/ Joleen M. Krings
(By) Deputy Clerk